# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————

m 98-60375

————————

## HOCINE DAHOU,

Petitioner,

VERSUS

## IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

————————————

Petition for Review of an Order of
the Board of Immigration Appeals
(A-74-674-574)

————————————

November 3, 1999

Before GARWOOD, SMITH, and
    BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Hocine Dahou petitions for review of an order of the Board of Immigration Appeals finding him ineligible for asylum. We deny the petition, concluding that substantial evidence supports the immigration judge's finding, affirmed by the Board, that Dahou had failed to demonstrate a well-founded fear of persecution if he returned to Algeria. In the main, Dahou showed, at best, that there is general unrest in Algeria and that conditions there have worsened since he left there, but he did not establish a particularized possibility of violence to, or persecution of, himself.

The petition for review is DENIED, and the decision of the Board of Immigration Appeals is AFFIRMED.

———————————

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.